Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Allison W. Buchner (SBN 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: +1 310 552 4200
Facsimile: +1 310 552 5900

*Attorneys for Plaintiff GOLO, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLO, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GOLI NUTRITION INC., a Canadian Corporation; GOLI NUTRITION INC., a Delaware Corporation; MICHAEL BITENSKY, an individual; HEIDI REGENASS, an individual, and BETTER NUTRITIONALS, LLC, a California Corporation.<br><br>　　　　　Defendants. | CASE NO.   2:21-CV-2348<br><br>**COMPLAINT**<br><br><u>**JURY TRIAL DEMANDED**</u><br><br>**1. FALSE ADVERTISING (Lanham Act § 43(a))**<br><br>**2. VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW (California Business & Professions Code §§ 17200, *et seq.*)**<br><br>**3. VIOLATION OF CALIFORNIA'S FALSE ADVERTISING LAW (California Business & Professions Code §§ 17500, *et seq.*)** |

1        Plaintiff GOLO, LLC ("Plaintiff" or "GOLO") brings this action against

2   Defendants Goli Nutrition Inc., a Canadian Corporation ("Goli Canada"); Goli

3   Nutrition Inc., a Delaware Corporation ("Goli US") (together, "Goli"); Michael

4   Bitensky ("Bitensky"), an individual; Dr. Heidi Regenass ("Regenass"), an individual;

5   and Better Nutritionals, LLC, a California Corporation ("Better Nutritionals")

6   (collectively, "Defendants") for injunctive relief and damages for violation of federal

7   law and related state claims.  The allegations herein are made based on personal

8   knowledge as to allegations specifically pertaining to itself, and upon information and

9   belief as to all other matters.

10                                    **NATURE OF ACTION**

11        1.     GOLO is a leading health and wellness company that offers a total weight

12   loss and wellness solution, which includes a unique and proprietary plan to help its

13   customers make healthy lifestyle changes to allow them to lose weight and a patented

14   dietary supplement that has been clinically shown to increase weight loss, reduce hunger

15   and cravings and suppress the appetite, reduce stress and anxiety, increase immune

16   function and increase energy.  Together, the GOLO plan and dietary supplement have

17   been shown to reduce health risk factors, including by lowering blood sugar levels,

18   blood pressure, cholesterol, triglycerides, and visceral fat, and by significantly reducing

19   a person's body mass index.  GOLO began selling its proprietary weight loss and

20   wellness solution in 2013.  The developers of GOLO include a team of doctors,

21   pharmacists, and researchers who have spent more than a decade developing the

22   company's products, and focusing on sound research and science to develop a holistic

23   system that addresses weight loss and overall health and wellness.  GOLO has invested

24   significant resources on studies, trials, and research to develop and deliver safe and

25   effective products that provide the benefits for which GOLO markets them.  GOLO has

26   an extremely high customer satisfaction rating and has now reached over a million

27   people worldwide, giving them a chance at healthy, sustainable, and affordable weight

28   loss.

2.      GOLO operates within the growing health and wellness industry.  Obesity, heart disease, diabetes, and cancer are all increasing at alarming rates, and the global COVID-19 pandemic has magnified the problem with increased weight gain, stress, anxiety, and depression.  Consumers, understandably concerned about their health, are particularly vulnerable to unscrupulous companies offering products that promise easy and quick routes to weight loss, stronger immune systems, and other improved health markers.  The increase in the number of companies making inflated and unsubstantiated claims about the health benefits of their products—along with the risks those claims pose to consumers—has led regulators to issue guidelines regarding the marketing of weight loss products and other dietary supplements.  And for good reason: consumers purchasing products believing they will have health benefits that they do not have is a threat to public health.

3.      Goli's Founder and President, Defendant Michael Bitensky, launched the company in 2019 with just one product: gummies that Goli claims provide the same health benefits as a full "shot" of real liquid apple cider vinegar ("ACV") in just two delicious gummies ("ACV Gummies," or a singular "ACV Gummy").  Goli's ACV Gummies are manufactured and labeled by Defendant Better Nutritionals.  Defendants promise consumers that Goli's ACV Gummies support weight loss, a healthy immune system, heart health, healthy digestion, lower blood sugar levels, reduced appetite and improved energy.[1]  Defendants also claim the ACV Gummies contain 500 mg of real apple cider vinegar, including the "mother" (a combination of beneficial yeast, enzymes, and healthy bacteria) and 25 mg of acetic acid, the key active ingredient in liquid apple cider vinegar.  Defendants have no reliable data to support their false and misleading claims: despite listing the "studies and science" purportedly supporting its claims on its website, Goli does not list a single study testing its ACV Gummies (or any

---

[1]   *See,   e.g.*   https://www.prnewswire.com/news-releases/goli-nutrition-launches-worlds-first-apple-cider-vinegar-gummy-300922883.html (last accessed March 11, 2021); https://goli.com/pages/benefits (last accessed March 16, 2021).

gummy product for that matter).  And the 500 mg of so-called real apple cider vinegar is actually a powdered substance that is predominantly a starch filler, does not contain the "mother," and includes far less than the promised amount of acetic acid.

4.   In 2021, Goli launched a second dietary supplement called Ashwa ("Ashwa Gummies," or a singular "Ashwa Gummy" and with Goli's ACV Gummies, collectively "Gummies").  Like the ACV Gummies, Goli's Ashwa Gummies are manufactured and labeled by Better Nutritionals.  Goli touts Ashwa as the "World's Most Powerful Ashwagandha Gumm[y]."[2]  Ashwagandha is an herbal pharmaceutical and an adaptogen—an herb you can eat as food or take via supplement that is believed to help the body deal with stress.  Much of Goli's marketing of its Ashwa Gummies, like that of its ACV Gummies, promises not just stress reduction and calming effects, but a laundry list of health benefits nearly identical to those Goli claims its ACV Gummies provide, including weight management.

5.   Goli has seized on consumers' desire to find an easy route to weight management, immune system support, and overall wellness with a marketing strategy that falsely and misleadingly represents that Goli's Gummies provide "simple" and healthy ways to manage weight, strengthen their immune systems, and improve overall health.  Goli's website (www.goli.com), sponsored advertising on social media and in other media, and product packaging are replete with false and misleading information.  For example:

- Goli misrepresents the amount and/or concentration of apple cider vinegar and ashwagandha—the very ingredients Goli claims deliver the promised health benefits—in its Gummies;

- Goli claims that two of its ACV Gummies are equivalent to one shot of liquid apple cider vinegar, when in reality, one would have to take *at least thirty* ACV Gummies to get the amount of acetic acid (the main active ingredient in apple cider vinegar) one would get from a tablespoon of apple cider vinegar

---

[2]   *See* https://goli.com/pages/ashwagandha (last accessed March 11, 2021).

3

and **at least sixty ACV Gummies** to get the amount one would get from what is commonly understood as even a small shot;

- Goli claims that its ACV Gummies contain "the mother" found in apple cider vinegar, but laboratory testing of an actual Goli ACV Gummy confirms "the mother" is not present;

- Goli touts its Ashwa Gummies as the "World's Most Powerful Ashwagandha Gummy" and falsely claims that the Ashwa Gummies contain the highest concentration ashwagandha extract on the market, which, as described in more detail in Paragraphs 77-83, cannot be true if Goli's claim that its Ashwa Gummies are vegan is true;

- Goli's Ashwa Gummies contain 50% more calories than Goli's packaging and other marketing materials claim;

- Goli makes false establishment claims—representing that its Ashwa Gummies provide a host of "clinically proven" benefits—yet Goli does **not cite a single clinical study of either of its gummy products** (or of any other gummy for that matter), because, on information and belief, there are none; and

- Goli's product packaging and other marketing materials claim that its ACV Gummies are organic, when in fact they include non-organic ingredients.

6.     To make matters worse, Goli's false and misleading claims appear alongside representations that Goli's approach to wellness is "backed by modern science," and under headings such as "[t]he Studies and Science Behind Goli," and are parroted and promoted by the members of Goli's Nutritional Advisory Board, including Defendant Dr. Regenass.  All of this has the effect of giving a false sense of credibility to Goli, its Gummies, and its claims.

7.     Through its marketing, Goli has positioned itself as a player in the market for dietary supplements aimed at weight management and is a direct competitor to GOLO.  That marketplace reality means that when Goli makes false and misleading advertising claims, GOLO is harmed.  The deception to consumers and harm to GOLO is further compounded by the fact that Goli chose a product name so similar to GOLO's

company name and trademark, which has given consumers the mistaken impression that the two companies are somehow affiliated.

8.    Accordingly, GOLO brings this action against Defendants for (I) false advertising, under Section 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a); (II) violation of California's Unfair Competition Law ("UCL"), California Business & Professions Code §§ 17200, *et seq*.; and (III) violation of California's False Advertising Law ("FAL"), California Business & Professions Code §§ 17500, *et seq*.

## THE PARTIES

9.    Plaintiff GOLO is a Delaware limited liability company with its principal place of business at 258 Chapman Road, Chopin Building, Suite 202, Newark, Delaware 19702.

10.    Defendant Goli Canada is a corporation organized on October 4, 2018, under the federal laws of Canada with its principal place of business at 1 Westmount Square, Suite 1500, Westmount, H3Z 2P9, Quebec, Canada.

11.    Defendant Goli Canada has a registered office at 8430 Santa Monica Boulevard, Suite 204, West Hollywood, California 90069.  Goli Canada does business in the United States and currently promotes, distributes, markets, ships, offers, and sells its dietary supplements throughout the United States, including in California.

12.    Defendant Goli US is a corporation organized on April 30, 2019, under the laws of the State of Delaware with its principal place of business at 1 Westmount Square, Suite 1500, Westmount, H3Z 2P9, Quebec, Canada.

13.    Defendant Goli US does business in the United States and currently promotes, distributes, markets, ships, offers, and sells its dietary supplements throughout the United States, including in California.  Defendant Goli US has its US headquarters in California, at 8430 Santa Monica Boulevard, Suite 204, West Hollywood, California 90069, and operates another facility in Norco, California, which it shares with Defendant Better Nutritionals.

14.     Defendant Better Nutritionals is a limited liability company formed under the laws of California, with its principal place of business at 17120 South Figueroa Street, Gardena, California 90248.   Defendant Better Nutritionals manufactures, packages and labels Goli's Gummies in California, and also has a facility in Norco, California, which it shares with Goli Nutrition.[3]

15.     Defendant Michael Bitensky is, and at all relevant times was, the President and Chief Executive Officer of Goli and authorizes and directs Goli's marketing and advertising claims and strategies.   On information and belief, Defendant Bitensky is a citizen of Canada.

16.     Defendant Dr. Regenass serves on Goli's Nutritional Advisory Board, appears in promotional spots for Goli and makes representations and claims about the benefits and properties of Goli's Gummies during those promotional spots.   On information and belief, Defendant Regenass is a resident of California.

17.     At all relevant times, each of the Defendants was the agent and alter ego of each other Defendant, acting for and on behalf of each of the other Defendants, all of whom act as a single enterprise, with unity of purpose and control.

## JURISDICTION AND VENUE

18.     The Court has subject matter jurisdiction of this action under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because the action arises under the Lanham Act, 15 U.S.C. § 1051 et seq.  The Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367 because the claim is so related to the claims arising under the Lanham Act, 15 U.S.C. § 1051 et seq., that they form part of the same case and controversy under Article III of the United States Constitution.

19.     This Court has personal jurisdiction over Defendants because Defendants have extensive contacts with, and operate physical locations and conduct business

---

[3]   *See* http://iebusinessdaily.com/vitamin-maker-lands-in-norco/ (last accessed March 11, 2021);
http://www.norco.ca.us/news/displaynews.asp?NewsID=1040&TargetID=1 (last accessed March 11, 2021).

within, the State of California and this judicial district, including selling Goli's Gummies online and in one or more brick-and-mortar locations within the state of California.  Further, Defendants have intentionally made false and/or misleading statements in advertising and/or product packaging in this district, thereby harming consumers, as well as competitors like GOLO, in this district, and thereby causing injury to GOLO in this judicial district.

20.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b)–(c) because Defendants are subject to personal jurisdiction in this district and transact business and sales within this district, GOLO transacts business and sales within this district, and the acts complained of herein, including Defendants' acts of infringement that have injured GOLO, have occurred and continue to occur within this district.

## CLAIMS COMMON TO ALL COUNTS

### I.    THE WELLNESS, WEIGHT MANAGEMENT, AND DIETARY SUPPLEMENT INDUSTRY

21.    Obesity is a serious medical problem that has been linked to dangerous health conditions, including Type 2 Diabetes, heart disease, Alzheimer's, dementia, and more.  A recent study by the Centers for Disease Control indicates that nearly 7 out of 10 Americans are considered overweight or obese.  Over the past decade or so, consumers have become increasingly aware of the health benefits of weight management and the relationship between weight and key health and wellness markers, including reducing the risk of lifestyle diseases.  Indeed, recent research shows that the biggest motivator for losing weight among obese Americans is the desire to improve overall health.  As a result, those seeking to lose weight are now more likely than ever to be looking to improve health generally and, conversely, those seeking to improve health generally are looking to do so through changes in how and what they eat.  These trends have fueled the rise of dietary supplements with weight loss/weight management and overall health benefits.  The dietary supplements industry is expected to exceed $50 billion dollars in the U.S. by 2025.

22.     Unfortunately, the industry is also fraught with opportunity for competitors looking to capitalize on the desire of so many people to lose weight and improve their overall health, often by promising "easy" and simple solutions to do so.  Many companies, like Goli, do so through viral social marketing campaigns and the use of affiliate marketing[4] and paid endorsements, in addition to more traditional television marketing and brick-and-mortar distribution.  These trends have led regulators, like the Federal Trade Commission (FTC), to release guidance to consumers on how to evaluate advertising claims about dietary supplements and other weight loss products.  For instance, in a blog post entitled "The Truth Behind Weight Loss Ads," the FTC tells consumers to be particularly skeptical of weight loss and supplement companies who, *inter alia*, claim that one product can "do it all" or address a broad range of health issues, use words like "breakthrough" and "ancient remedies," use scientific-sounding terms in a misleading way, or make wild promises in product reviews.[5]  The fact is that Goli and Bitensky have masterminded a hybrid multi-level marketing scheme using paid affiliates and marketers to create a paid influencer partner program that offers significant payouts to influencers to promote Goli's Gummies and Defendants' false claims to the influencers' followers.  Goli has countless such paid influencers spreading false claims and convincing consumers that Goli's claims are correct and credible, further exacerbating the harm to consumer and competitors like GOLO, and unjustly enriching Defendants.

---

[4]   Goli offers a link to its "Ambassador" program on its website, which allows consumers to sign up as Goli Ambassadors, get a referral code, "start earning," and receive "instant payouts."  https://www.goli.com (last accessed March 14, 2021); https://partners.goli.com/login (last accessed March 14, 2021).  Those who sign up as Ambassadors then get access to Goli's influencer portal, which provides them with guidance on how to create their social media posts promoting Goli, graphics they can use for posts, and the language they should use to describe Goli's Gummies and promised benefits.

[5]   *See e.g.*, https://www.consumer.ftc.gov/articles/0261-dietary-supplements (last accessed March 14, 2021); https://www.consumer.ftc.gov/articles/truth-behind-weight-loss-ads (last accessed March 14, 2021);

## II.    GOLO—ITS PHILOSOPHY, GUMMIES AND SERVICES

23.    GOLO was founded to provide individuals with a natural and effective way to combat obesity and achieve sustainable weight loss and overall better health.  Chris Lundin and Jennifer Brooks, GOLO's founders, along with a talented team of now over forty individuals, including doctors, pharmacists and researchers, have devoted more than ten years to bringing GOLO's products to market.  GOLO's team has remained steadfast in its focus on sound research and science to develop a holistic system that addresses weight loss and overall wellness.  GOLO offers a complete health plan—the GOLO for Life Plan ("GOLO Plan")—that helps GOLO's customers make sustainable lifestyle changes that benefit their overall health.  The GOLO Plan supports weight loss, reduces hunger and cravings, reduces stress and anxiety, increases immune function and increases energy.  Each part of the GOLO Plan, including its Release dietary supplement, has been clinically tested and proven to cause weight loss and provide improvements in health markers, such as lower levels of blood sugar, reduction in heart disease risk factors, and relief of everyday stress.  First-time customers cannot buy GOLO's supplement alone.  This is one way that the company emphasizes that GOLO offers a safe, healthy, comprehensive approach to weight loss and improved health that produces sustainable results.

24.    GOLO has invested hundreds of thousands of dollars on studies, trials, and research to develop and deliver safe and effective products that provide the benefits for which GOLO markets them, including promoting safe weight loss and improving overall health and wellness.  GOLO's investment in product research and development has paid off:  GOLO has over 500,000 customers, has shipped over 1 million packages of products, and its products are met with much satisfaction from its customers.  Indeed, although GOLO provides a 100%, 60-day, money-back guarantee, GOLO's return rate is very low: under 3% last year.

25.    GOLO's customers are individuals who are interested in improving their health through better nutrition, weight management, and lifestyle changes.  To grow its

business, GOLO competes for the attention of consumers interested in improving their health against not only traditional diet plan based weight loss companies (such as Weight Watchers, Jenny Craig and similar programs) but also against more tech-based weight management approaches (like Noom) and companies that offer nutritional supplements that promise weight loss / fuel burning / energy lifting benefits (like Goli's Gummies or the Lipozene Supplement).  Where another company promises the same benefits or results as GOLO does through an easier or less comprehensive product or program (*e.g.*, by merely taking a supplement and nothing more) or makes false claims directly or indirectly about the results its products will deliver, GOLO is at a competitive disadvantage in the marketplace.

## III.   DEFENDANTS GOLI, BETTER NUTRITIONALS, AND BITENSKY LAUNCH GOLI'S GUMMIES, WHICH COMPETE WITH GOLO'S PROPRIETARY WEIGHT LOSS AND WELLNESS PRODUCTS.

26.    Goli was founded in 2019 by Defendant Michael Bitensky, who remains the company's President and Chief Executive Officer today.  Goli's website describes the company as an "inventive, people focused nutrition company driven by the belief that happiness and wellness go hand in hand" with the goal of "creat[ing] an easy, nutritious, and delicious way for everyone to incorporate Apple Cider Vinegar into their daily routine."[6]

27.    Goli announced the launch of its first product, the ACV Gummies, which are manufactured by Better Nutritionals, in September 2019.  Goli markets its ACV Gummies as the "World's First Apple Cider Vinegar Gummy."[7]  In a 2019 press release announcing the launch of the ACV Gummies, Bitensky claimed the tasty gummies were a "breakthrough" because they provide a "delicious way to mask the flavor of ACV

---

[6]  *See*  https://goli.com/pages/nutritional-advisory-board  (last accessed March 12, 2021).

[7]  *See, e.g.*, https://goli.com/ (last accessed March 12, 2021).

10

while retaining its core benefits."[8]  Likewise, in a live commercial sponsored by Goli during a 2019 episode of the Ellen DeGeneres Show, Ellen described the product as one that provides "all the benefits of apple cider vinegar"—which "helps the body with so many things"—but "without the sour taste."[9]

28.     Goli's website touts its Gummies, including the ACV Gummies, as "easy-to-take, and easy-to-integrate products that don't interrupt your busy lifestyle, but actually complement it."[10]  The company likewise includes taglines in its marketing that promote its Gummies as a "simple" route to wellness.  For instance, on the "About Us" page of its website, Goli includes the following:

> We are driven by the belief that everyone has the power to make their own happiness. And that power begins with being healthy. Easier said than done, right? We totally agree. You don't always have time. The world revolves quickly and your whole day can change in a heartbeat. Not to worry, we're one step ahead of you. Because we work hard to invent smart new supplements and provide customized advice to help keep your nutrition goals right on track. If this sounds good to you, well, it's because it really is. Because we do it with easy-to-take, and easy-to-integrate products that don't interrupt your busy lifestyle, but actually complement it.
>
> **Goli. It's the simple way to wellness.**

29.     Similarly, the following appears on each page of Goli's website that promotes its ACV Gummies:

---

[8]  *See*   https://www.prnewswire.com/news-releases/goli-nutrition-launches-worlds-first-apple-cider-vinegar-gummy-300922883.html (last accessed March 12, 2021).

[9]  *See*   https://www.ellentube.com/article/ellen-introduces-goli-gummies.html   (last accessed March 14, 2021).  Goli also prominently features this live commercial on the home page of its website, and has clipped the video to edit out the portion where Ellen discloses that she's doing a "paid commercial" for Goli.  http://www.goli.com/ (last accessed March 14, 2021).  By doing so, Goli gives consumers the false impression that the video is an independent endorsement by a well-known celebrity, rather than a sponsored advertisement by a paid endorser.

[10]  *See* https://goli.com/pages/about-us (last accessed March 14, 2021).

11

**WHY WE DO IT**

Goli Nutrition is an inventive, people focused nutrition company driven by the belief that happiness and wellness go hand in hand. Our goal was to create an easy, nutritious and delicious way for everyone to incorporate Apple Cider Vinegar into their daily routine. We are proud that our Goli Gummies are gluten-free, gelatin-free, vegan, non-GMO and made with select organic ingredients, free from artificial sweeteners and preservatives.

– Goli Nutrition. Health Simple.

30.     Nearly the same text appears on the product label on each bottle of Goli ACV Gummies, as manufactured and labeled by Defendant Better Nutritionals and shown below:



31.     Despite the ease and convenience of gummies, Goli promises consumers that its ACV Gummies deliver a host of benefits, including many of the very same benefits for which GOLO's products are sold.  For example, the following image shows a portion of Goli's chart that identifies "Appetite Control and Weight Loss," "Lowers Blood Sugar Levels," and "Improves Immune System" as among the benefits of Goli's ACV Gummies:



32.     Similarly, the Goli website includes the table below, which lists a host of benefits purportedly provided by the ACV Gummies:



33.     Sponsored ads posted by Goli's affiliate marketers on social media platforms, including Facebook and Instagram, tout similar lists of supposed benefits and promise big results, as shown in the images below:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17





18    34.    In January 2021, Goli announced the launch of its second dietary

19  supplement, an ashwagandha gummy called Ashwa, which, like the ACV Gummies, is

20  manufactured by Better Nutritionals.    Ashwagandha is an ancient Indian herbal

21  pharmaceutical and an adaptogen, which Goli defines as a plant that helps the body

22  maintain balance and adjust to stress.  Consistent with that definition, Goli touts Ashwa

23  as a product that will help people "keep calm and de-stress" as shown in the below

24  image from the Goli website:

25

26

27

28



35.     But Goli's promises as to its Ashwa Gummies do not stop at its calming and stress-relieving benefits.   As with its ACV Gummies, Goli markets the Ashwa Gummies as providing a host of other benefits, including weight management and other benefits that GOLO's products provide, including reduced stress, and immune system support.   Indeed, the Goli website conveys the following as purportedly "clinically proven" benefits consumers can expect from the Ashwa Gummies:



Consumers also receive paper materials with their Ashwa Gummies that identify the same purported benefits, as shown in the image below:



36.     Goli also touts the same benefits through its affiliate network in sponsored ads on social media, as shown in the examples below:








37.     Goli's Gummies are sold in interstate commerce on Goli's website (www.goli.com), other online retailers, including Amazon, and in brick-and-mortar stores throughout the United States.

38.     Through their marketing and packaging of the Goli-branded Gummies, Defendants, and each of them, have positioned Goli's Gummies as delivering many of the same benefits or results that GOLO's products provide.  By doing so, Goli is competing with GOLO for consumers who are looking for products that will help them achieve those results, *i.e.*, weight loss and improved wellness.

**IV.     DEFENDANTS' FALSE AND MISLEADING STATEMENTS REGARDING GOLI'S PRODUCTS.**

39.     Defendants, and each of them, have leveraged consumers' desire for weight loss, immune system support, and overall improved health by making false

17

statements about the nature, characteristics, and/or qualities of Goli's Gummies, and thereby have deceived, or at least have a tendency to deceive, a substantial portion of the intended audience (namely, consumers interested in products that support weight management, immunity and overall health and wellness).

40.    Defendants Goli, Bitensky, and Regenass have made false and/or misleading statements regarding the nature, characteristics, and/or properties of Goli's Gummies through Goli's website, in social media and other media outlets, and on product packaging and other promotional materials as described herein, and have done so knowing that the statements were false and/or misleading and that they would be disseminated to consumers.

41.    Defendants Goli and Bitensky have alternatively made false and/or misleading statements regarding the nature, characteristics, and/or properties of Goli's Gummies through brand partnerships with media outlets, referral sources, direct advertisers and advertisements, and/or social media influencers who have repeated the false and/or misleading statements made by Defendants Goli and Bitensky, which they knew would be disseminated to consumers and actively and materially furthered the unlawful conduct by inducing it, causing it, and bringing it about.

42.    Defendant Bitensky is personally liable for all false and/or misleading statements regarding the nature, characteristics, and/or properties of Goli's Gummies because as Goli's President and Chief Executive Officer, he has authorized and directed those false and/or misleading statements, and in many instances directly made them, knowing them to be false and/or misleading.

43.    Defendant Regenass is personally liable for all false and/or misleading statements she made and/or actively induced regarding the nature, characteristics, and/or properties of Goli's Gummies.

44.    Defendant Better Nutritionals has made false and/or misleading statements regarding the nature, characteristics, and/or properties of Goli's Gummies on the products' labels, and has done so knowing that the statements were false and/or

18

misleading and that they would be disseminated to consumers. As the manufacturer of Goli's Gummies, Better Nutritionals, like Goli (as the distributor), is responsible for ensuring that any representations or claims made about those products are not false or misleading, including without limitation ensuring that the contents of the Gummies are as represented on the product label.

45. All of the Defendants are working in concert with each other to convey the false and/or misleading statements described herein to consumers in order to persuade them to buy Goli's Gummies.

### Two ACV Gummies Are Not Equal to a "Shot" of ACV (the "2=1 Claim")
*(All Defendants)*

46. As described above, Defendants represent that the ACV Gummies are equivalent to, have the same characteristics as, and provide the same benefits as liquid apple cider vinegar. Defendants' advertising states that ACV Gummies provide "ALL OF THE AGE OLD BENEFITS OF TRADITIONAL ACV." Traditional apple cider vinegar is intended to mean liquid apple cider vinegar.

47. More specifically, each of the Defendants represents and/or has represented directly and/or indirectly that two ACV Gummies equal one shot of liquid apple cider vinegar.

48. For example, the banner at the top of the home page of Goli's website (www.goli.com) displayed the following since at least as early as July 2019:



49.     Since at least as early as August 2019, the label on Goli's ACV Gummies bottle (shown at the right of the screenshot above) likewise included the claim that "2 gummies is equal to 1 shot of Apple Cider Vinegar" (the "2=1 Claim"):



50.     The label on the ACV Gummies bottle shown for sale on Amazon as of March 12, 2021 likewise includes the claim that that "2 gummies is equal to 1 shot of Apple Cider Vinegar":



51.     On information and belief, as of May 18, 2020, all bottles of Goli's ACV Gummies manufactured by Defendant Better Nutritionals and distributed by Goli included the 2=1 Claim.  At some point after May 18, 2020, Goli began selling its ACV Gummies in bottles that do not include the 2=1 Claim.

52.     Goli's false 2=1 Claim has been included prominently in other Goli-sponsored advertising material as well, including a 2019 spot in which Defendant Regenass promoted Goli's ACV Gummies on the show "Modern Living with Kathy Ireland," as shown in the screenshot below:[11]



53.     Defendants' 2=1 Claim is false, misleading and likely to confuse consumers.

54.     And, on information and belief, Defendants know that the 2=1 Claim is false, misleading, and likely to confuse consumers or, at least, have made the statement knowing that they have no basis to make it.  On information and belief, Defendants do not have a study that supports its claim that two ACV Gummies are equivalent to one "shot" of apple cider vinegar or any similar claim.  The 2=1 Claim, and any similar claims equating Goli's ACV Gummies with apple cider vinegar, are not supported by competent and reliable scientific evidence.

55.     Goli's website represents, in response to the question "What are your nutrition facts?" (www.goli.com/pages/faq), that each Goli gummy has 500 mg of apple cider vinegar, and that 5% of the apple cider vinegar in each ACV Gummy is acetic acid, as shown below:

---

[11]  *See*  https://www.youtube.com/watch?v=viJeXcfxSMY (last accessed March 12, 2021).



56.     The label on bottles of Goli's ACV Gummies as manufactured by Better Nutritionals also claims that there is 500 mg of apple cider vinegar in each ACV Gummy and 5% of the 500 mg is acetic acid:

57.     5% of 500 mg is 25 mg.

58.     As a result, in accordance with the ACV Gummies label and Goli's website, Goli and Better Nutritionals represent that there are 25 mg of acetic acid in each ACV Gummy, and 50 mg of acetic acid in two ACV Gummies.

59.     On information and belief, consumers reasonably understand one "shot" of liquid apple cider vinegar to be equal to at least two tablespoons, or 30 mL.

Defendants, however, contend that one "shot" of liquid apple cider vinegar is equal to only one tablespoon, or 15 mL, as shown in the below excerpt from the "FAQs" on Goli's website:

**How does Goli Gummy dosage compare to traditional apple cider vinegar?** 

Two Goli gummies provides slightly more than the one tablespoon of the recommended dose of Apple Cider Vinegar. Two to six Goli gummies daily, will provide the dosage of Apple Cider Vinegar that has been shown effective in clinical trials. Note: the liquid form of Apple Cider Vinegar is 94% water; our form is concentrated.

60.    Regardless, whether a "shot" is 30 mL (as GOLO alleges) or 15 mL (as Goli represents), Goli's ACV Gummies contain far less than the claimed amount of apple cider vinegar.

61.    Even using Goli's incorrect definition of a "shot," for the Defendants' 2=1 Claim to be accurate, two ACV Gummies must contain the amount of acetic acid that would be present in 15 mL of liquid apple cider vinegar.

62.    15 mL of liquid apple cider vinegar is equal to 15000 mg of apple cider vinegar.  Apple cider vinegar is considered to contain approximately 5% of acetic acid. This percentage equates to 750 mg of acetic acid per 15 mL or 750 mg per "shot" (as measured by Goli) of liquid apple cider vinegar.

63.    But according to the nutrition information on Goli's website (¶ 49) and the ACV Gummies label (¶ 50), one ACV Gummy has 500 mg of apple cider vinegar (5% acetic acid).   This equates to 25 mg acetic acid per ACV Gummy.   Therefore, Defendants' claim that two ACV Gummies have 1000 mg of apple cider vinegar (500 mg of apple cider vinegar per ACV Gummy x 2) equates to an acetic acid content of 50 mg (1000 mg of apple cider vinegar x 5%), far less than would be expected in one apple cider vinegar shot.

64.    Accordingly, an individual who wants to ingest 750 mg of acetic acid (even as Goli has defined a "shot" of liquid apple cider vinegar on its website) would have to

ingest **thirty ACV Gummies (each having 25 mg of acetic acid), not two ACV Gummies, to do so**.  And if, as Plaintiff alleges, reasonable consumers would interpret a "shot" of liquid apple cider vinegar to be 30 mL, then an individual who wants to ingest the equivalent amount of apple cider vinegar would have to eat **sixty ACV Gummies (which would have 900 calories), not two ACV Gummies**.

65.    One tablespoon of liquid apple cider vinegar has at least 15 times the amount of acetic acid as two ACV Gummies—not the *same amount* as Defendants falsely claim in marketing materials and the product's label, even if one were to believe a "shot" is no more than a tablespoon.

66.    An analysis of the actual chemical composition of Goli's ACV Gummies performed by the Eurofins Microbiology Laboratories ("Eurofins") in August 2020 confirmed that two ACV Gummies do not include the 750 mg of acetic acid that would be contained in one liquid apple cider vinegar tablespoon (or "shot" as misleadingly defined by Goli).  In fact, that analysis showed that one ACV Gummy contains only 15.23 mg of acetic acid.  Thus, two ACV Gummies do not even contain the amount of acetic acid (50 mg) that would be expected based on the ingredients disclosed on the product's label and Goli's website, much less the amount in one liquid shot of apple cider vinegar.

67.    Defendants, and each of them, knew, or should have known, that the 2=1 Claim (and any similar claim that the ACV Gummies provide the same benefits as apple cider vinegar) is false and/or misleading and that they did not have any basis to make the 2=1 Claim.  And there is no basis for the claim, which is demonstrably false, as discussed above.  Indeed, none of the "studies" cited on the Goli website as the supposed "studies and science" behind Goli's ACV Gummies involves apple cider vinegar in a powder form or gummies, much less Goli's ACV Gummies.  Defendants simply made up the claim to confuse and deceive the public and leverage consumers' desire to find easier ways to lose weight and be healthier, so that Defendants could be more profitable,

attract a network of affiliates to promulgate Goli's viral marketing campaign, and capture market share from competitors.

### Goli's ACV Gummies Do Not Contain 500 mg of ACV (the "500 mg Claim")

*(Defendants Goli, Bitensky, and Better Nutritionals)*

68.   Defendants Goli's, Bitensky's, and Better Nutritionals' representation that the ACV Gummies contains 500 mg of apple cider vinegar that is 5% acetic acid (as shown in ¶¶ 51 and 54) is likewise false, as confirmed by the testing done by the Eurofins lab.  If one ACV Gummy contained 500 mg of apple cider vinegar with 5% acetic acid, an ACV Gummy would contain 25 mg of acetic acid, not 15.23 mg as confirmed by testing.

69.   Defendants, and each of them, knew, or should have known, that Goli's claim that its ACV Gummies contained 500 mg of apple cider vinegar with 5% acetic acid is false and/or misleading and that they did not have any basis to make the 500 mg Claim.  They have made up claims, like the 500 mg Claim, to deceive the public and leverage consumers' desire to find easier ways to lose weight and be healthier, so that Defendants could be more profitable, attract a network of affiliates to promulgate Goli's viral marketing campaign and capture market share from competitors.

### Goli's ACV Gummies Do Not Contain "The Mother" (the "Mother Claim")

*(All Defendants)*

70.   Defendants' false advertising is not limited to their 2=1 Claim.  Since at least as early as September 2019, Defendants have falsely stated that Goli's ACV Gummies provide all the health benefits of liquid apple cider vinegar, such as weight loss, and include "the mother" found in unfiltered liquid apple cider vinegar.  Goli defines "the mother" as "a combination of beneficial yeast, enzymes and healthy bacteria."[12]

---

[12]   *See* https://goli.com/pages/inside-the-gummy (last accessed March 14, 2021).

71.    Defendants' false statement that the ACV Gummies contain "the mother" appears on the product label, Goli's website, and in other advertising, including sponsored ads posted by Goli affiliates on social media and other types of media. Examples of the claim are below:





https://goli.com/pages/faq (last accessed March 12, 2021).

www.goli.com (last accessed March 14, 2021).





Front panel of product label for Goli ACV Gummies as of October 2020.

Sponsored Advertisement appearing on Facebook, September 2020.

Defendant Regenass has also falsely touted the ACV Gummies as containing "the mother," including (without limitation) on the November 2019 episode of "Modern Living with Kathy Ireland" discussed in paragraph 52, *supra.*

72.    Like Defendants' 2=1 Claim, their representation that Goli's ACV Gummies contain "the mother" is literally and demonstrably false.

73.    Defendants' Mother Claim is false, misleading, and likely to confuse consumers.  On information and belief, Defendants do not have a study that supports the claim that Goli's ACV Gummies contains "the mother" or any similar claim about the presence of any beneficial bacteria referred to as "the mother."  Defendants' Mother Claim and any similar claims are not supported by competent and reliable scientific evidence.

74.    An analysis performed by the Eurofins lab in July 2020 confirmed that Defendants' Mother Claim is false.  The lab's analysis of the ACV Gummies found no live bacteria (which could be the only kind of "healthy" bacteria) in the ACV Gummies. Thus, ACV Gummies do not contain "the mother" as claimed by Defendants.  This is not surprising since the bacteria contained in "the mother" would not be expected to survive the manufacturing process through which a product becomes a "gummy."

75.    Defendants, and each of them, knew, or should have known, that Goli's claim that its ACV Gummies contain "the mother" is false and/or misleading and that they did not have any basis to make the Mother Claim.  Defendants simply made up the claim to confuse and deceive the public and leverage consumers' desire to find easier ways to lose weight and be healthier, so that Defendants could be more profitable, attract a network of affiliates to promulgate Goli's viral marketing campaign, and capture market share from competitors.

/ / /

**Defendants Misrepresent the Ingredients in Goli's Ashwa Gummies**

**(the "Ashwa Concentration Claim")**

*(Defendants Goli, Bitensky, and Better Nutritionals)*

76.     Defendants Goli, Bitensky, and Better Nutritionals also misrepresent the strength and/or potency of Goli's Ashwa Gummies.

77.     On Goli's website, Defendants Goli and Bitensky tout the Ashwa Gummies as the "World's Most Powerful Ashwagandha Gummies," which contain KSM-66 Ashwagandha, the "highest concentration" ashwagandha extract available "on the market today," as shown in the images below (the "Ashwa Concentration Claim":[13]



78.     Similar statements appear on the label of the Ashwa Gummies, as manufactured by Defendant Better Nutritionals and shown below:

---

[13]   *See* https://goli.com/pages/ashwagandha/ (last accessed March 14, 2021).

28

1
2
3
4
5
6
7
8

> Our Goli® Ashwa Gummies are made with the "World's Best Ashwagandha" KSM-66® Ashwagandha. KSM-66® has been clinically proven to help maintain normal cortisol levels to promote a healthy response to everyday stress, with memory, cognition, quality of sleep, and more'. KSM-66® has the highest concentration of all major full-spectrum root extracts available on the market today, and is 100% USDA Organic, Non-GMO (Non-GMO Project Verified), Gluten Free (by GFCO), BSCG-drug free, Kosher, Halal, HACCP, Strong Science, and Friend of the Earth.

9   79.   Likewise, Goli's affiliates parrot the same claims in sponsored ads on
10  social media, like the one below, which appeared on Facebook in March 2021 and
11  claims that the Ashwa Gummies contain "the highest concentrated ashwagandha extract
12  on the market":

13
14
15
16
17
18
19
20
21
22
23
24
25



26
27
28

29

80.     Defendants Goli, Bitensky, and Better Nutritionals also claim that Goli's Ashwa Gummies are vegan (*see, e.g.*, the image in ¶ 77 and on the Ashwa Gummies label below):



81.     According to the manufacturer of KSM-66 Ashwagandha, a company named Ixoreal Biomed, its "extraction process entails pre-treating the ashwagandha roots with milk" and thus, its most highly concentrated ashwagandha "contains milk constituents."  Ixoreal also offers a version of its KSM-66 Ashwagandha that skips the milk pre-treatment (for those wanting a vegan or dairy-free product).  Ixoreal notes that the ***milk pre-treatment*** "is important in [the KSM-66] extraction process because ***this is in fact what leads to*** retention of both hydrophilic components and lipophilic components of the raw root, which in turn leads to ***a full-spectrum extract of such high-potency***."[14]

82.     If Goli's Ashwa Gummies contain KSM-66 Ashwagandha that was pre-treated in milk, then Defendants' claim that the product is vegan is false (and the Ashwa

---

[14]     *See* https://ksm66ashwagandhaa.com/ksm-66/what-is-ksm-66/ (last accessed March 14, 2021).

Gummies label should include a warning about the potential dairy allergen, which it does not). And if Goli's Ashwa Gummies instead contain Ixoreal's alternative vegan, dairy-free version of its KSM-66 Ashwagandha, which skips the milk pre-treatment—which is what leads to an ashwagandha extract of such high potency—then Goli's Ashwa Gummies do ***not*** contain the highest concentration ashwagandha extract on the market. Thus, the Ashwa Concentration Claim that Goli's Ashwa Gummies are both vegan and contain the highest concentration of ashwagandha extract on the market is false and misleading.

83. Defendants Goli, Bitensky, and Better Nutritionals, and each of them, knew, or should have known of the falsity of their claim that Goli's Ashwa Gummies are both vegan and contain the highest concentration of ashwagandha extract on the market because both cannot be true. Defendants Goli, Bitensky, and Better Nutritionals, and each of them, knew they did not have any basis to make the Ashwa Concentration Claim. Defendants simply made up the claim to confuse and deceive the public and leverage consumers' desire to find easier ways to lose weight and be healthier, so that Defendants could be more profitable, attract a network of affiliates to promulgate Goli's viral marketing campaign, and capture market share from competitors.

**Ashwa Gummies Contain More Calories than Claimed (the "Calorie Claim")**
*(Defendants Goli, Bitensky, and Better Nutritionals)*

84. As noted in Section III, *supra*, Goli touts the weight management benefits of its Ashwa Gummies. At the same time, however, Defendants Bitensky, Better Nutritionals, and Goli claim that the Ashwa Gummies contain fewer calories than they actually do. As shown below, both Goli's website and the Ashwa Gummies label represent that each Ashwa Gummy contains only ten calories (the "Calorie Claim"):

/ / /



85.    Goli's claim that one serving of its Ashwa Gummies (or one gummy) contains just ten calories is false.  The calorie count is a material one to consumers generally, but particularly to consumers looking for a product to help them lose weight.

86.    Each Ashwa Gummy actually contains 15 calories, 50% more than disclosed by Defendants Bitensky, Goli, and Better Nutritionals.  The Calorie Claim is false, misleading and likely to confuse consumers.

87.    Defendants Bitensky, Goli, and Better Nutritionals, and each of them, knew, or should have known, that Goli's claim that one Ashwa Gummy contains just 10 calories is false.  Defendants misrepresent the product's caloric content to confuse and deceive the public and leverage consumers' desire to find easier ways to lose weight and be healthier, so that Goli could be more profitable, attract a network of affiliates to

promulgate Goli's viral marketing campaign, and capture market share from competitors.

### **Defendants' False and Misleading Claims That the Benefits of its Ashwa Gummies are "Clinically Proven" (the "Clinically-Proven Claim")**

*(Defendants Goli, Bitensky, and Better Nutritionals)*

88.    As discussed in Section III, *supra*, Defendants Goli, Bitensky, and Better Nutritionals promise Goli's Ashwa Gummies deliver a swath of health benefits, far beyond the stress relieving and calming benefits traditionally associated with ashwagandha.    And they do so alongside representations that these benefits are "clinically proven" as shown in the exemplary images from the Goli website and on the Ashwa Gummies packaging below, falsely and misleadingly suggesting that Goli's Ashwa Gummies are clinically proven to provide such benefits:[15]



---

[15]   *See* https://goli.com/pages/ashwagandha/ (last accessed March 14, 2021).

Our Goli® Ashwa Gummies are made with the "World's Best Ashwagandha" KSM-66® Ashwagandha. KSM-66® has been clinically proven to help maintain normal cortisol levels to promote a healthy response to everyday stress, with memory, cognition, quality of sleep, and more'. KSM-66® has the highest concentration of all major full-spectrum root extracts available on the market today, and is 100% USDA Organic, Non-GMO (Non-GMO Project Verified), Gluten Free (by GFCO), BSCG-drug free, Kosher, Halal, HACCP, Strong Science, and Friend of the Earth.

89.     The Clinically-Proven Claim and similar claims suggesting that Goli's Ashwa Gummies have been shown to provide some or all of these benefits are also made in Goli-sponsored advertisements on social media, like the one below:



90.     On information and belief, Defendants do not have any study that supports the claim that the Ashwa Gummies provide the laundry list of benefits for which they are promoted and thus that claim is false and misleading.   While the Goli website purports    to    share    "THE    STUDIES    AND    SCIENCE    **BEHIND    GOLI**

34

**ASHWAGANDHA GUMMIES**,"[16] Goli does not cite a single study that involves an Ashwa Gummy (or any other gummy product for that matter).  Instead, Goli misleadingly provides links to studies that relate to *different product formulations* ingested via *different delivery mechanisms*.  As such, Defendants Goli's and Bitensky's Clinically-Proven Claim and any similar claims are not supported by competent and reliable scientific evidence.

91.    Even assuming, *arguendo*, that there is support for the claim that Ixoreal Biomed's KSM-66 Ashwagandha by itself provides the above-listed benefits, there is no competent and reliable scientific evidence from which to conclude that Goli's Ashwa Gummies, or any ashwagandha gummy, provides the same benefits, and certainly not a clinical study sufficient to support the Clinically-Proven Claim.  It is well known that dietary supplements in gummy form are the hardest to manufacture while ensuring the amount of ingredients in each gummy is consistently as intended.  For these reasons, gummies are the dietary supplement most likely to fail quality testing.

92.    In short, there is simply no reliable basis from which to conclude that Goli's Ashwa Gummies are "Clinically Proven" to provide *any* benefit, much less the laundry list of benefits Defendant Goli, Bitensky, and Better Nutritionals promise.

93.    The Clinically-Proven Claim deceives or has a tendency to deceive a substantial portion of consumers into believing Goli's Ashwa Gummies have been clinically tested in studies that confirmed those benefits were true for that product formulation.  Indeed, Defendants Goli, Bitensky, and Better Nutritionals intentionally make the Clinically-Proven Claim (and similar claims) alongside claims that convey that Goli's studies and claims have scientific support and credibility, e.g., claims that Goli's Ashwa Gummies are "backed by modern science" and under the heading "THE

---

[16] *See* https://goli.com/pages/science-and-studies-behind-ashwagandha (last accessed March 14, 2021) (emphasis in original); *see also* https://goli.com/pages/faq-ashwagandha (last accessed March 14, 2021) (FAQ: "Do you have evidence for the benefits claims?" Answer:  "Please see our page dedicated to the scientific studies behind the benefits here.").

STUDIES AND SCIENCE **BEHIND GOLI ASHWAGANDHA GUMMIES**" to mislead customers into believing that the Ashwa Gummies product itself is clinically proven to provide all the benefits that Goli promises, which is false.

94.     Defendants Goli, Bitensky, and Better Nutritionals, and each of them, knew, or should have known, that Goli's claim that the Clinically-Proven Claim and similar claims are false and/or misleading and that they did not have any basis to make such claims.  Defendants Goli, Bitensky, and Better Nutritionals simply made up the claim to confuse and deceive the public and leverage consumers' desire to find easier ways to lose weight and be healthier, so that Defendants could be more profitable, attract a network of affiliates to promulgate Goli's viral marketing campaign, and capture market share from competitors.

**Defendants' False and Misleading "Organic" Claims (the "Organic Claim")**

*(All Defendants)*

95.     Defendants have also falsely claimed that the ACV Gummies are organic when in fact they contain non-organic ingredients (the "Organic Claim").

96.     On information and belief, Defendants do not have any basis to claim that Goli's ACV Gummies are organic or 100% organic.  Defendants' Organic Claim is not supported by competent and reliable scientific evidence.

97.     The press release announcing Goli's and Bitensky's launch of the ACV Gummies represented that the product is organic, as shown below:[17]

---

[17]   *See* https://www.prnewswire.com/news-releases/goli-nutrition-launches-worlds-first-apple-cider-vinegar-gummy-300922883.html#:~:text=23%2C%202019%20%2FPRNewswire%2F%20%2D%2D,makes%20taking%20daily%20supplements%20enjoyable (last accessed March 16, 2021).

36

Made in the USA, in an FDA-registered, cGMP-certified, Kosher and allergen-free facility, the Goli Gummy is proud to be a Parent Tested Parent Approved award winner. Goli Gummies are 100% organic, non-GMO, vegan, Kosher and gluten-free. They do not contain any preservatives, chemicals, corn-syrup, allergens, soy, dairy, wheat, salicylates, artificial ingredients, sweeteners, flavors or colors. Unlike most other health gummies that use gelatin (animal byproduct), the Goli Gummy is made with pectin (orange peel), making it ideal for absorption of the key essential nutrients. The Goli Gummy contains the benefits of ACV, which assist with the following:

- Digestion
- Complexion
- Weight Reduction
- Body Detoxification
- Heart Health
- Energy Levels

98.    Likewise, beginning at least as early as September 2019, the Goli website and the bottle label for the ACV Gummies indicated the product was organic.  For instance, the website included the organic logo prominently on the banner of the first page as shown below:[18]



     

99.    And the following language appeared on every page of Goli's website, indicating that Goli's AVC Gummies were "100% organic, vegan-friendly, gluten-free, [and] contain[ed] no preservatives, chemicals, or artificial ingredients."

<hr />

[18]    *See* http://web.archive.org/web/20191001090457/https://www.goli.com/ (last accessed March 15, 2021).

1
2
3
4

**WHY WE DO IT**

Goli Nutrition is an inventive, people-focused nutrition company driven by the belief that happiness and wellness go hand in hand. All of our products are created to complement today's active lifestyles. 100% organic, vegan-friendly, gluten-free they contain no preservatives, chemicals, or artificial ingredients.

– Goli Nutrition. Health Simple.

5    100.   The label on a bottle of the ACV Gummies also indicated that the product

6    was organic, and that it was "certified organic by Oregon Tilth," as shown in the images

7    below from the side panel and supplemental facts panel:

8
9
10
11
12
13
14
15
16
17



18    101.   Defendant Regenass also represented that the ACV Gummies are organic,

19    including in the 2019 spot on the show "Modern Living with Kathy Ireland" discussed

20    above, as shown below:

21
22
23
24
25
26
27



28

102.   At some point between May and June 2020, references to Goli's ACV Gummies being "Organic" and/or "100% Organic" were removed from Goli's website. The "100% Organic" claim at the bottom of each web page was also changed to indicate that the ACV Gummies are instead made with "***select organic ingredients***."[19]

**WHY WE DO IT**

Goli Nutrition is an inventive, people focused nutrition company driven by the belief that happiness and wellness go hand in hand. Our goal was to create an easy, nutritious and delicious way for everyone to incorporate Apple Cider Vinegar into their daily routine. We are proud that our Goli Gummies are gluten-free, gelatin-free, vegan, non-GMO and made with select organic ingredients, free from artificial sweeteners and preservatives.

– Goli Nutrition. Health Simple.

103.   References to the ACV Gummies being "organic" were also removed from the product label at some point prior to February 2021, including the representation that the product is "certified organic by Oregon Tilth," as shown below.   But ***none of the listed ingredients changed***, as can be seen by comparing the ingredient list below to that included in paragraph 100, *supra*.



---

[19]   *See* http://web.archive.org/web/20200505141907/https://goli.com/ (last accessed March 15, 2021).

104.   Despite the changes to the website and product label, however, at least as recently as February 2021, the product inserts and outer carton with which Goli's ACV Gummies are shipped to consumers, still included the Organic Claim, as shown below:





105.   And even as late as last week, Goli's paid affiliate marketers were still claiming the ACV Gummies are certified "organic, " like the post below from "Sallyzgoli:"

40

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15      106.    Defendants, and each of them, knew, or should have known, that Goli's

16  claim that its ACV Gummies are organic is false and misleading and that they did not

17  have any basis to make the Organic Claim.  Defendants made the Organic Claim to

18  confuse and deceive the public and leverage consumers' desire to find easier ways to

19  lose weight and be healthier, so that Defendants could be more profitable, attract a

20  network of affiliates to promulgate Goli's viral marketing campaign, and capture market

21  share from competitors.

22      107.    Hereinafter, the false and misleading statements set forth above, including

23  (i) the 2=1 Claim, (ii) the 500 mg Claim, (iii) the Mother Claim, (iv) the Ashwa

24  Concentration Claim, (v) the Calorie Claim, (vi) the Clinically-Proven Claim, and (vii)

25  the Organic Claim may be collectively referred to as "Defendants' False and Misleading

26  Claims."

27  / / /

28

## V.     DEFENDANTS' FALSE AND MISLEADING CLAIMS HAVE INJURED CONSUMERS.

108.   Defendants prominently advertise the alleged health benefits of the Goli Gummies to deceive consumers into buying them, and Defendants' False and Misleading Claims about those health benefits have at least the tendency to deceive a substantial portion of the intended audience.  Defendants' false advertising about the health benefits of Goli Gummies goes to the efficacy and inherent qualities and characteristics of Goli Gummies; namely, their supposed ability to deliver a swath of health benefits by doing nothing more than enjoying tasty gummies.

109.   Consumers who are actual and potential consumers of dietary supplements that provide weight management and related health benefits are and have been misled by Defendants' False and Misleading Claims.

110.   Defendants' False and Misleading Claims involve health issues that would concern reasonable consumers, and are thus presumptively material.   Indeed, Defendants' False and Misleading Claims relate to the very health benefits for which Goli's Gummies are marketed and sold, and thus were (and are) material to consumers' purchasing decisions.

111.   If consumers of the Goli Gummies had known of the true facts (i.e., that the Gummies' ingredients are not as represented by Defendants and do not provide the promised benefits), they would have behaved differently and not purchased Goli's Gummies (especially at the price charged by Goli).  Additionally, if the true facts were known, Goli would not have been able to achieve the media attention and significant advertising that it did.

112.   The injuries to consumers discussed above are the types of injury that consumers could not have reasonably avoided since they were unaware that the statements Defendants made about the Goli Gummies were false and misleading. Defendants overpromised and under delivered, giving consumers less than what was

promised and potentially putting consumers (who understandably thought they were ingesting something that would provide particular health benefits) in danger as a result.

113.   Without injunctive relief from this Court, consumers will continue to suffer injuries, including a threat to their health and safety.  When a company says that its products provide health benefits and reduce risk factors for serious health conditions, consumers need to be able to rely on those promises.

**VI.   DEFENDANTS' FALSE AND MISLEADING CLAIMS HAVE INJURED GOLO.**

114.   Through Defendants' False and Misleading Claims, Defendants have diverted consumers (and sales) away from competitors to Goli.  Because Goli and GOLO compete for the same customers looking for the same weight management, appetite control, and other health benefits, Defendants' False and Misleading Claims promising those benefits by merely popping a couple of gummies each day have diverted consumers away from competitors like GOLO to Goli.  Everyone is looking for easier routes to weight management and better health, and Goli seizes on that desire by offering an inexpensive bottle of tasty gummies falsely promising those benefits. GOLO's alternative is at an immediate disadvantage (even though it is a proven plan that offers long-term benefits).  GOLO has lost sales and is likely to continue to lose sales to Goli because of Defendants' False and Misleading Claims.

115.   Defendants' False and Misleading Claims also taint the reputation and marketability of its competitors' products, including GOLO's, because consumers are led to believe that Goli's Gummies provide the same benefits in a different (and easier) form.  Thus, Defendants' False and Misleading Claims are causing immediate and irreparable injury to GOLO, including injury to GOLO's business, reputation, and goodwill.

116.   Defendants' False and Misleading Statements divert sales away from companies, like GOLO, who offer competing products but are following the rules and only making true claims about the characteristics, qualities and benefits of their

43

products, which also requires significant investment in research efforts designed to ensure their products are as advertised. By doing so, Defendants are unfairly competing and diverting consumers away from competitors who follow the rules.

117.   GOLO has lost revenue, and will continue to lose revenue, as consumers purchase Goli's Gummies instead of GOLO's products due to Defendants' False and Misleading Claims and the financial, media and reputational benefits derived from such claims.

118.   Had Defendants not made the False and Misleading Claims and consumers had instead known the truth about the qualities of the Goli Gummies, Defendants would not have been as successful. As such, Defendants have been unjustly enriched.

119.   Without injunctive relief from this Court, GOLO will continue to suffer injury in the form of lost sales, loss of market share, loss of goodwill, and harm to its reputation all because of Defendants' False and Misleading Claims.

## COUNT I – FALSE ADVERTISING UNDER FEDERAL LAW
### (Against All Defendants)

120.   GOLO repeats and realleges each of the numerical paragraphs both above and below as if fully set forth herein.

121.   The acts of Defendants as set forth above and below, including the advertising and dissemination of Defendants' False and Misleading Claims, constitute false advertising in violation of 15 U.S.C. § 1125(a). As a result of Defendants' actions, GOLO has suffered, and will continue to suffer, damages in an amount to be determined at trial. Further, Defendants have caused, and will continue to cause, immediate and irreparable injury to GOLO, including injury to GOLO's business, reputation and goodwill, for which there is no adequate remedy at law. GOLO is therefore entitled to an injunction under 15 U.S.C. §1116 restraining Defendants from engaging in future acts of false advertising and ordering removal of all of Defendants' false advertisements.

122.   The acts of Defendants as set forth above and below constitute false and misleading representations of fact in commercial advertising or promotion, in interstate commerce in connection with goods or services, where Defendants' representations misrepresent the nature and/or qualities and/or benefits of Goli's Gummies, and GOLO has been damaged and is likely to be damaged in the future by Defendants' acts.

123.   The acts of Defendants as set forth above and below, particularly Defendants' False and Misleading Claims, caused commercial injury to GOLO, with such injury harming GOLO's ability to compete with Defendant Goli.

124.   The acts of Defendants as set forth above and below, particularly Defendants' False and Misleading Claims in the commercial advertising and promotion of Goli's Gummies, are the proximate cause of GOLO s injury.  Defendants' False and Misleading Claims are material and likely to influence the purchasing decisions of actual and prospective purchasers of Goli and GOLO products.  Defendants' False and Misleading Claims actually confuse and deceive, or have the tendency to, and are likely to confuse and deceive an appreciable number of relevant consumers.  Defendants' False and Misleading Claims deceived consumers which caused those consumers to withhold trade from GOLO.

125.   Pursuant to 15 U.S.C. § 1117, GOLO is further entitled to recover from Defendants the damages sustained by GOLO because of Defendants' acts in violation of 15 U.S.C. 1125(a).  As a result of the acts complained herein, GOLO has suffered damages in excess of this Court's minimum jurisdiction, the precise amount of which will be proven at trial.

126.   Pursuant to 15 U.S.C. § 1117, GOLO is further entitled to recover from Defendants the gains, profits, market value, and advantages that Defendants have obtained because of Defendants' acts in violation of 15 U.S.C. § 1125(a), the precise amount of which will be proven at trial.

127.   Pursuant to 15 U.S.C. § 1117, GOLO is further entitled to recover the costs of this action.  Moreover, Defendants' conduct was undertaken willfully and with the

intent to causes confusion, mistake, or deception, making this an exceptional case entitling GOLO to recover additional damages, up to three times the amount of actual damages, and reasonable attorneys' fees.

128.   Defendants' False and Misleading Claims will continue to divert sales to Goli at the expense of GOLO, and have lessened, are lessening, and will continue to lessen the goodwill enjoyed by GOLO products if not enjoined.  The legal remedies available to GOLO are alone inadequate to remedy and compensate GOLO for the injuries it has sustained, and if not enjoined will continue to sustain, due to Defendants' unlawful conduct.

## **COUNT II -- UNFAIR COMPETITION UNDER CALIFORNIA LAW**
### **(Against All Defendants)**

129.   GOLO repeats and realleges each of the numerical paragraphs both above and below as if fully set forth herein.

130.   The acts of Defendants as set forth above and below constitute unfair, unlawful, and/or fraudulent business practices in violation of California Business and Professions Code § 17200.

131.   Defendants' actions described herein constitute unfair business practices as Defendants have made false and misleading statements about Goli's Gummies. Defendants' actions described herein have injured GOLO and others in the marketplace because they have competed using false advertising, thus unfairly acquiring customers through unfair means.

132.   Defendants' actions described herein constitute unlawful business practices, for violations of at least the following laws:

- The Lanham Act, 15 U.S.C. § 1125, which prohibits false advertising;
- California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*;
- The FTC's requirement that all health claims be supported by "competent and reliable scientific data."  (15 U.S.C. § 45, *et seq.*);

- Legal standards regarding paid product endorsements and related requirements related to disclosures of material connections.  (16 C.F.R. §§ 255.0, *et seq.*).

133.   Defendants' actions described herein also constitute fraudulent business practices.  Specifically, Defendants' statements about the properties and abilities of Goli's Gummies were false and misleading, and Defendants knew their claims were false and misleading.

134.   Defendants have deceived members of the public into believing that the Goli Gummies have qualities and abilities that they do not have.   Specifically, Defendants have made multiple false and misleading claims on product packaging, through Goli's website, sponsored ads on social media, and in other promotional material.  Moreover, Defendants Goli and Bitensky, through their hybrid multi-level marketing scheme, pay countless influencers to disseminate these claims knowing them to be false.  In doing so, Goli and Bitensky intentionally cause Defendants' False and Misleading Claims to be spread far and wide, thereby intentionally giving them an air of independent credibility and further exacerbating the harm to consumers and competitors, including GOLO.

135.   Defendants' actions constitute fraudulent misrepresentations that directly resulted in injury to GOLO, consumers, and others.  Consumers relied on Defendants' misrepresentations regarding the properties of Goli's Gummies when purchasing those goods to those consumers harm, and the harm of GOLO, who lost these sales because of Defendants' False and Misleading Claims.

136.   Defendants' actions resulted in substantial injury to both GOLO and consumers, wherein that injury is not outweighed by any countervailing benefits to consumers or to competition, and, is not an injury that consumers themselves could reasonably have avoided.

137.   As a result of Defendants' actions, consumers will continue to be deceived and purchase Goli's Gummies when the Gummies do not contain the qualities and properties that the consumers are paying for, and consumers will further be endangered

by purchasing Goli's Gummies because of Defendants False and Misleading Claims about those Gummies which relate to the consumers' health.

138.   As a result of Defendants' actions, GOLO has suffered and will continue to suffer injury to its business, reputation, and goodwill.  GOLO has suffered an injury in fact as a direct result of the unfair competition of Defendants, including lost sales. GOLO has also incurred certain costs because of Defendants' unfair competition.

139.   Defendants have derived and received, and will continue to derive and receive, gains, profits, and advantages from Defendants' unfair, unlawful, and/or fraudulent business practices in an amount that will be proven at trial.

140.   Furthermore, without injunctive relief from this Court, Defendants will continue to derive and receive, gains, profits, and advantages from consumers, and GOLO will continue to suffer injury in the form of lost sales, lost market share, and lost goodwill, because of Defendants' actions.

141.   Additionally, if injunctive relief is not issued, the public at large will be deceived into purchasing Goli's products, which could be harmful to the public's health due to the fact Defendants make false and misleading statements about the health benefits of the Goli Gummies.

142.   As a result of Defendants' unfair, unlawful, and fraudulent business practices, GOLO is entitled to injunctive relief to prohibit Defendants from continuing to act in this manner.

143.   As a result of Defendants' unfair, unlawful, and fraudulent business practices, GOLO is entitled to restitution at an amount to be proven at trial.

## COUNT III -- UNFAIR COMPETITION UNDER CALIFORNIA LAW (FALSE ADVERTISING)
### (Against All Defendants)

144.   GOLO repeats and realleges each of the numerical paragraphs both above and below as if fully set forth herein.

145.   Defendants' False and Misleading Claims as described above violate California's False Advertising Law, California Business & Professions Code § 17500.

146.   Section 17500 makes it unlawful for anyone to make "any statement, concerning . . . real or personal property . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

147.   On information and belief, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

148.   On information and belief, Defendants intend to continue their infringing acts, unless restrained by this Court.

149.   Defendants' acts have damaged and will continue to damage GOLO, and GOLO has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, GOLO prays for judgment against Defendants for the following relief:

1.   A preliminary and permanent injunction requiring Defendants to discontinue advertising, marketing, packaging, disseminating, using and otherwise making false and misleading statements, whether express or implied, about Goli's products, including without limitation any of the following claims and any similar claims:

    a.   The 2=1 Claim or any other claim that Goli's Gummies have the same benefits as traditional (or liquid) apple cider vinegar without credible scientific studies using Goli's products as formulated and sold;

    b.   The 500 mg Claim;

    c.   The Mother Claim;

    d.   The Ashwa Concentration Claim;

    e.   The Calorie Claim;

f.    The Clinically-Proven Claim or any other claim that health benefits are proven or established (without regard to the exact phrasing used) for any Goli product without first conducting credible clinical studies using the product formulation as sold by Goli; and

g.    The Organic Claim.

2.    Injunctive relief requiring Defendants to provide, in any future advertising, citation to studies conducted using Goli's actual products or product formulation supporting any health benefits claims regarding Goli products;

3.    Compensatory damages;

4.    Treble damages pursuant to 15 U.S.C. § 1117(a);

5.    Punitive damages;

6.    Actual damages;

7.    Disgorgement of profits;

8.    Interest at the legal rate per annum;

9.    All costs of suit;

10.    Attorneys' fees; and

11.    Such other relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Central District of California L.R. 38-1, GOLO hereby demands a trial by jury of all issues so triable.

/ / /

1   DATED:  March 15, 2021          KIRKLAND & ELLIS LLP

2

3                                    _/s/ Allison W. Buchner_

4                                    Diana M. Torres (SBN 162284)
                                     diana.torres@kirkland.com
5                                    Allison W. Buchner (SBN 253102
                                     allison.buchner@kirkland.com
6                                    KIRKLAND & ELLIS LLP
                                     2049 Century Park East, Suite 3700
7                                    Los Angeles, CA  90067
                                     Telephone:  (310) 552-4200
                                     Facsimile:   (310) 552-5900
8

9                                    Attorneys for Plaintiff
                                     GOLO, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     51