Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Allison W. Buchner (SBN 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:   (310) 552 4200
Facsimile:   (310) 552 5900

*Attorneys for Plaintiff*
*GOLO, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLI NUTRITION INC., a Canadian Corporation; GOLI NUTRITION INC., a Delaware Corporation; MICHAEL BITENSKY, an individual; HEIDI REGENASS, an individual, and BETTER NUTRITIONALS, LLC, a California Corporation.<br><br>    Defendants. | CASE NO.  2:21-CV-2348<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4.1-2** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83-1.4.1-2, Plaintiff GOLO, LLC ("GOLO") hereby notifies the Court of the pendency of other related actions or proceedings.

The following federal action has been filed in the United States District Court of Delaware:

*GOLO, LLC v. Goli Nutrition Inc., a Canadian Corporation and Goli Nutrition Inc., a Delaware Corporation, 1:20-cv-00667-RGA.*

On May 18, 2020, GOLO filed a complaint against Goli Nutrition Inc., a Canadian Corporation, and Goli Nutrition Inc., a Delaware Corporation (collectively "Goli") in the District of Delaware (the "Delaware Action"). In the Delaware Action, GOLO alleges trademark infringement and unfair competition based on Goli's use of the name "Goli," which infringes GOLO's rights in its GOLO mark.

Compared to the Delaware Action, the above-captioned action (the "California Action") involves additional parties, distinct causes of action, and separate subject matter. In the California Action, GOLO alleges that Goli, along with Michael Bitensky (Goli's founder and CEO), Better Nutritionals, LLC (the manufacturer of Goli's products) and Heidi Regenass (a member of Goli's nutritional advisory board who has appeared in promotional spots for the company) engaged in false advertising and unfair competition in connection with Goli's dietary supplement products. Although both GOLO and Goli are parties to the Delaware Action, as reflected above, GOLO has identified three additional parties over which the Delaware Court may not have personal jurisdiction and that are also responsible for the violations of law alleged in the California Action.

Transfer of this proceeding to a different jurisdiction would inconvenience the parties and witnesses and would be improper because Delaware is not a jurisdiction in which this matter could have been brought given the personal jurisdiction issues noted above. Coordination between the actions would not necessarily avoid conflicts,

conserve resources or promote a just or efficient determination of the action pending before this Court.

A list of parties and counsel in the Delaware action is below:

| Party | Counsel |
|---|---|
| Goli Nutrition Inc., a Canadian Corporation, and Goli Nutrition Inc., a Delaware Corporation | Tamar Y. Duvdevani<br>Kerry A. O'Neill<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>tamar.duvdevani@us.dlapiper.com<br>kerry.oneill@us.dlapiper.com<br><br>Safraz W. Ishmael<br>DLA PIPER LLP (US)<br>33 Arch Street, 26th Floor<br>Boston, Massachusetts 02110-1447<br>Telephone: (617) 406-6000<br>safraz.ishmael@us.dlapiper.com<br><br>Brian A. Biggs (DE Bar No. 5591)<br>DLA PIPER LLP (US)<br>1201 North Market Street Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>brian.biggs@us.dlapiper.com |
| GOLO, LLC | Dale M. Cendali (admitted pro hac vice)<br>Ari Lipsitz (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Email: dale.cendali@kirkland.com<br><br>Diana M. Torres<br>Allison W. Buchner<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone:  (310) 552-4200<br>Email: diana.torres@kirkland.com<br><br>Chad S.C. Stover (No. 4919)<br>BARNES & THORNBURG LLP<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 300-3474<br>Email: cstover@btlaw.com |

DATED: March 17, 2021

KIRKLAND & ELLIS LLP

　/s/ Allison W. Buchner

Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Allison W. Buchner (SBN 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900

Attorneys for Plaintiff
GOLO, LLC