1   KEVIN D. RISING (SBN 211663)
    kevin.rising@btlaw.com
2   BARNES & THORNBURG LLP
    2029 Century Park East, Suite 300
3   Los Angeles, California  90067
    Telephone: (310) 284-3880
4   Facsimile:  (310) 284-3894

5   Attorneys for Plaintiff
    GOLO, LLC
6
    Tamany V. Bentz (SBN 258600)
7   Tamany.bentz@dlapiper.com
    2000 Avenue of the Stars, Suite 400
8   Los Angeles, CA 90067-4704
    Telephone: (310) 595-3000
9   Facsimile:  (310) 595-3300

10  Melissa Reinckens (SBN 314657)
    Melissa.reinckens@dlapiper.com
11  Susan Acquista (SBN 253969)
    Susan.acquista@dlapiper.com
12  401 B Street, Suite 1700
    San Diego, CA 92101-4297
13  Telephone: (619) 699-2700
    Facsimile:  (619) 699-2701
14
    Attorneys for Defendants
15  Defendants Goli Nutrition Inc. (Canada), Goli
    Nutrition Inc. (US), Michael Bitensky, and Heidi
16  Regenass

17

18                **UNITED STATES DISTRICT COURT**

19                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  GOLO, LLC, | Case No.  2:21-cv-02348-VAP-MAA |
| 21                Plaintiff, | **JOINT REPORT REGARDING STATUS OF DELAWARE ACTION** |
| 22  v. | Complaint Filed:          March 17, 2021 |
| 23  GOLI NUTRITION INC., a Canadian Corporation; GOLI NUTRITION INC., a Delaware Corporation; MICHAEL BITENSKY, an individual; HEIDI REGENASS, an individual; and BETTER NUTRITIONALS, LLC, a California Corporation, | |
| 27                Defendants. | |

28

BARNES &
THORNBURG LLP

The parties[1] submit this Joint Report pursuant to the Court's July 30, 2021 Order requiring a report on the status of the Delaware action every 90 days. Dkt. No. 47 at 25.

The Delaware action is ongoing. On January 31, 2022, the defendants in the Delaware action (Goli Nutrition Inc., a Canadian Corporation; Goli Nutrition Inc., a Delaware Corporation; and Michael Bitensky) filed their Answer and Affirmative Defenses to GOLO, LLC's First Amended Complaint and asserted Counterclaims against GOLO, LLC and its CEO, Christopher Lundin. Thereafter, on April 8, 2022, GOLO, LLC and Mr. Lundin filed a partial Motion to Dismiss the Delaware defendants' Counterclaims. Thereafter, on April 22, 2022, the Delaware defendants filed their First Amended Counterclaims against GOLO, LLC and Mr. Lundin. GOLO again moved to dismiss Goli Nutrition's counterclaims.  That motion is fully briefed and pending.

In addition, the parties have continued to propound and respond to discovery requests.  The parties' current discovery disputes have been assigned to Magistrate Judge Sherry Fallon of the District of Delaware for resolution.  A hearing before Judge Fallon is set for August 2, 2022.  Particularly relevant to this report, GOLO has served subpoenas on third parties, including deposition subpoenas on popular icon Jennifer Lopez and on entrepreneur and actress Tabitha Brown, seeking compliance in the Central District of California, and noticed for August 5 and August 6 (a Saturday), respectively. The Delaware defendants are seeking a protective order pursuant to Fed. R. Civ. P. 26(c) in respect of those subpoenas before Judge Fallon.  Counsel for GOLO has agreed to hold the deposition subpoenas for Ms. Brown and Ms. Lopez in abeyance until after the August 2 hearing before Judge Fallon and, in the event the Delaware defendants' motion for a protective order is denied, to work with the witnesses on alternate dates.  The non-

---

[1] DLA Piper no longer represents Better Nutritionals and documents substituting counsel for Better Nutritionals are forthcoming.

1  party witnesses have requested a meet and confer to discuss, at least, potential

2  motions to quash the deposition subpoenas and for a protective order under Fed. R.

3  Civ. P. 26(c) & 45(d) by Ms. Brown and Ms. Lopez, to the extent such motion

4  practice is necessary.  Subject to that meet and confer, the two non-party witnesses

5  and Defendants will likely request from this Court that the stay be lifted for the

6  limited purpose of addressing those subpoenas first by an informal conference

7  before Magistrate Judge Audero (and, if necessary, via additional briefing

8  requesting an order quashing the subpoenas or granting a protective order).  GOLO

9  plans to object to any motion to lift the stay in this case to address subpoenas issued

10  from the Delaware litigation.  GOLO believes any motion to compel or motion for a

11  protective order related to a subpoena issued from the Delaware litigation should be

12  filed using the normal procedures for such motions in this District or in any other

13  district where compliance is requested.

14

15  Dated:    July 26, 2022        **BARNES & THORNBURG LLP**

16                      By:*/s/Kevin D. Rising*

17                      Kevin D. Rising (SBN 211663)
                        *Attorneys for Plaintiff*
18                      *GOLO, LLC*

19

20  Dated:    July 26, 2022

21                      By:*/s/ Melissa Reinckens*

22                      Melissa Reinckens (SBN 314657)
                        *Attorneys for Defendants*
23                      *Goli Nutrition Inc. (Canada), Goli Nutrition*
                        *Inc. (US), Michael Bitensky, and Heidi*
                        *Regenass*

24

25

26

27

28

BARNES &
THORNBURG LLP

2

1

## **SIGNATURE ATTESTATION**

2          Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other

3     signatories listed, and on whose behalf this filing is submitted, concur in the filing's

4     content and have authorized the filing.

5

6     Dated:        July 26, 2022                          /s/Kevin D. Rising
                                                              Kevin D. Rising
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28